IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01422-WYD-MEH

UNITRIN AUTO AND HOME INSURANCE COMPANY,

    Plaintiff,

v.

TAMRA HELLE; and
MITCH HELLE,

    Defendants.

## ORDER OF DEFAULT JUDGMENT

THIS MATTER is before the court on Plaintiff's Motion for Entry of Default Judgment.  After reviewing the file in this case, I find that default judgments against Defendants Mitch and Tamra Helle are appropriate in connection with Plaintiff's Complaint for Declaratory Judgment pursuant to Fed. R. Civ. P. 55(b)(2).  Accordingly, it is

ORDERED that Plaintiff's Motion for Entry of Default Judgment (doc. # 24 filed December 1, 2009) is **GRANTED**.  It is

FURTHER ORDERED that a default judgment against Defendants Tamra Helle and Mitch Helle is entered as follows:

    1. There is no uninsured/underinsured motorist coverage under the Unitrin automobile policy for the November 8, 2008 accident; and

2. Unitrin has no duty to provide uninsured/underinsured motorist coverage under the Unitrin automobile policy for the November 8, 2008 accident.

Dated:  December 1, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge